-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOHN WILLIS RICHARD, 91A0169,

       Plaintiff,

   -v-                                   11-CV-6013P
                                           **ORDER**

ANTHONY ANNUCCI, Deputy Commissioner
and Counsel of DOCS; KAREN BELLAMY,
Assistant Director of Grievance, DOCS;
MS. DIGREAN, Senior Correctional
Counselor, Five Points Correctional
Facility; BRIAN FISCHER, Commissioner
DOCS; LT. GIANNINO, Lieutenant, Five
Points Correctional Facility; G. GUINEY,
Deputy Superintendent of Security,
Five Points Correctional Facility;
CHRISTOPHER LINDQUIST, Assistant
Director of Grievance, DOCS;
JOHN NUTTALL, Deputy Commissioner of
Programs, DOCS; N. PARRISH,
Educational Supervisor, Five Points
Correctional Facility; THOMAS POOLE,
Superintendent of Five Points
Correctional Facility; Commissioner,
Mr. ALBERT PRACK, Director of Special
Housing Unit Program, DOCS;
THOMAS TAREA, Senior Correctional
Counselor, Five Points Correctional
Facility; and Ms. ZENZEN, Deputy
Superintendent of Programs, Five Points
Correctional Facility;

       Defendants.
_____

     Plaintiff has submitted a complaint to the Court and seeks permission to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915. In order for the Court to grant the request, it needs sufficient information on which to base its determination.

Here, the documentation plaintiff has submitted is inadequate to permit the Court to evaluate the request, because plaintiff has neglected to have prison officials complete the required prison certification section of the application form, without which the Court cannot grant the request and put the case forward. Because this section of the application form must be completed and signed by a prison official, plaintiff may have until **April 12, 2011** to submit a supplementary application which includes a completed prison certification section.

The Clerk of the Court is directed to send plaintiff a new form application to proceed as a poor person.

By **April 12, 2011**, plaintiff must **either** submit the supplemental application form with a completed and signed prison certification **or** pay the full filing fee of $[5 or 350 (fee)].00. Plaintiff is forewarned that failure to comply with this order by either submitting the supplemental application with a signed certification section or paying the filing fee by the designated date will result in the dismissal of this case without prejudice.

If plaintiff has not complied with this order by **April 12, 2011,** the Clerk of the Court is directed to close this case as dismissed without prejudice without further order.

**SO ORDERED.**

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated:   March 9, 2011
         Rochester, New York